# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JASON HEFLICK
ADC # 653367                                                                               PLAINTIFF

V.                        CASE NO. 4:11CV00614 SWW/BD

FAULKNER COUNTY SHERIFF'S DEPT., *et al.*                         DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Heflick's claims against Defendants Byrd, Brown, and Randall are DISMISSED without prejudice. Mr. Heflick's claims against the Faulkner County Sheriff's Department are DISMISSED with prejudice. The Court certifies that an *in forma papueris* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 9th day of September, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE