# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JASON HEFLICK**
**ADC # 653367** **PLAINTIFF**

**V.** **CASE NO. 4:11CV00614 SWW/BD**

**FAULKNER COUNTY SHERIFF'S DEPT.,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 9th day of September, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE